IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STAN HASTINGS,** *individually and*
*on behalf of others similarly situated*                                    **PLAINTIFF**

v.                              CASE NO. 4:20-CV-01345-BSM

**GERBER LIFE INSURANCE**
**COMPANY,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE